Mark A. Broughton, #079822
**MARK A. BROUGHTON, PC**
2300 Tulare Street, Suite 215
Fresno, California 93721
Tel: (559) 691-6222
Fax: (559) 691-6221

Attorney for Defendant, LUIS REYES MADRIGAL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>LUIS MADRIGAL REYES,<br><br>　　　　Defendant. | Case No.: 1:19-CR-00186 DAD BAM<br><br>**JOINT STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER** |

　　　　IT IS HEREBY STIPULATED by and between Mark A. Broughton, the attorney for Defendant LUIS REYES MADRIGAL, and Assistant United States Attorney, Karen Escobar that the Sentencing Hearing set for September 20, 2021, at 10:00 a.m., be continued to October 18, 2021.

　　　　The Stipulation is based on good cause. This continuance is requested by counsel for Defendant Reyes Madrigal, due to the fact that a PSR interview with probation is still needed and had not been scheduled due to conflicting schedules. Counsel for Defendant has communicated with A.U.S.A, Karen Escobar, who has no objections to this continuance.

///

///

For the above stated reasons, the stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

IT IS SO STIPULATED.

DATED:  August 6, 2021                    /s/ Karen Escobar
                                                                          KAREN ESCOBAR
                                                    Assistant United States Attorney

DATED:  August 6, 2021                    /s/Mark A. Broughton
                                                               MARK A. BROUGHTON
                                                  Attorney for LUIS REYES MADRIAL

## **ORDER**

Upon the Parties' stipulation and for good cause shown, the sentencing scheduled for September 20, 2021 at 10:00 a.m. is continued to October 18, 2021, at 09:00 a.m., before the Honorable Dale A Drozd.

IT IS SO ORDERED.

Dated:   **August 10, 2021**                    _Dale A. Drozd_
                                                                UNITED STATES DISTRICT JUDGE